UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| BENIGNO MADRID PEREZ,<br><br>            Petitioner,<br><br>   v.<br><br>CALIFORNIA DEPTARTMENT OF CORRECTIONS, et al.,<br><br>            Respondent. | CV 11-05539-PSG (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed without prejudice.

DATED: January 20, 2012

*/s/ Philip S. Gutierrez*

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1